| | |
|---|---|
| Kevin H. Marino (KHM 4941)<br>KEVIN H. MARINO, P.C.<br>One Newark Center, Suite 1600<br>Newark, New Jersey 07102-5211<br>(973) 824-9300<br><br>Attorneys for Defendant Ernst & Young LLP | Michael L. Rugen (MLR 2757)<br>Holly K. Kulka (HKK 9712)<br>HELLER EHRMAN WHITE<br> & McAULIFFE LLP<br>120 West 45th Street<br>New York, NY 10036<br>(212) 832-8300 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL MCCABE, RUSSELL E. MCCABE, and DAVID MOTOVIDLAK,<br><br>          Plaintiffs,<br><br>  -against-<br><br>ERNST & YOUNG, LLP, NICHOLAS R. H. TOMS a/k/a NIC TOMS, HUGO BIERMANN, GREGORY THOMAS, EDWARDSTONE & COMPANY, INC., WAYNE CLEVINGER, JOSEPH ROBINSON, MIDMARK CAPITAL, LP, OTTO LEISTNER, BUNTER B.V.I., LTD., GEORGE POWCH, STEPHEN M. DUFF, THE CLARK ESTATES, INC., RAYMOND BROEK, DONALD ROWLEY, DOUGLAS L. DAVIS, BARBARA H. MARTORANO and JACQUI GERRARD,<br><br>          Defendants. | Hon. William H. Walls<br><br>Case No. 01-CIV-5747 (WHW)<br><br>**NOTICE OF DEFENDANT ERNST & YOUNG LLP'S MOTION FOR SUMMARY JUDGMENT ON THE SECOND AND FIFTH COUNTS OF THE AMENDED COMPLAINT**<br><br>Return Date:  May 24, 2004<br>          9:00 a.m.<br><br>Document electronically filed |

TO:  Clerk of the Court
    All Counsel of Record

    PLEASE TAKE NOTICE that, upon Defendant Ernst & Young LLP's Memorandum of

Law in Support of Its Motion for Summary Judgment, Defendant Ernst & Young LLP, by its

1

undersigned attorneys, will move this Court before the Honorable William H. Walls on May 24, 2004 at 9:00 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment on the ground that there is no genuine issue of fact and that Ernst & Young LLP is entitled to judgment as a matter of law dismissing the Second and Fifth Counts of Plaintiffs' Amended Complaint with prejudice and granting such further relief as this Court may deem just and proper.

By:       /s   Holly Kulka
Holly K. Kulka (HKK 9712)
HELLER EHRMAN WHITE
 & McAULIFFE LLP
120 West 45th Street
New York, NY 10036
(212) 832-8300

Kevin H. Marino (KHM 4941)
KEVIN H. MARINO, P.C.
One Newark Center, Suite 1600
Newark, New Jersey 07102-5211
(973) 824-9300